UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 14-11214

_____

District Court Docket No.
1:13-cv-02217-SCJ

BENJAMIN BURGESS,
RHONDA BURGESS,
HEIDI HOWARD,
JOYCE MARTIN,
BETH KARAMPELAS,
TERRI DACY,
MICHAEL DACY,
individually and on behalf of all others similarly situated,

                                          Plaintiffs - Appellants,

versus

RELIGIOUS TECHNOLOGY CENTER, INC.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL,
NARCONON INTERNATIONAL,
NARCONON OF GEORGIA, INC.,

                                          Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 26, 2015
For the Court: Amy C. Nerenberg, Acting Clerk of Court
By: Jeff R. Patch